**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANCOIS P. GIVENS, | No. 2:20-CV-0930-KJM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| GREGORY C. TESLUK, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983.  Pending before the Court are Plaintiff's motions, ECF Nos. 32 and 36, to quash subpoenas.

In his motion at ECF No. 32, Plaintiff seeks to quash a subpoena issued by counsel for Defendants Lewis and Chapnick for Plaintiff's medical records.  In his motion at ECF No. 36, Plaintiff seeks to quash a subpoena issued by counsel for Defendant Tesluk for Plaintiff's medical records.  Plaintiff's motions are denied as moot because both subpoenas have been withdrawn by counsel and no medical records were produced.  See ECF Nos. 34 and 37.

IT IS SO ORDERED.

Dated:  March 31, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1