**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANCOIS P. GIVENS, | No. 2:20-CV-0930-KJM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| GREGORY C. TESLUK, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Pending before the Court is Plaintiff's request, ECF No. 48, for issuance of subpoena forms and documents for service thereof by the United States Marshal. Plaintiff's motion is denied without prejudice to renewal after such time as this matter is placed at issue with the filing of an answer to Plaintiff's operative complaint. Defendants' motions to dismiss will be addressed by separate findings and recommendations.

IT IS SO ORDERED.

Dated: June 10, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1