IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCOIS P. GIVENS, | No. 2:20-CV-0930-KJM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| GREGORY C. TESLUK, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 36, for sanctions.

In his motion, Plaintiff seeks imposition of sanctions against defense counsel for prematurely issuing subpoenas. Plaintiff's motion is denied because, as explained in the Court's March 31, 2022, order, ECF No. 47, defense counsel withdrew the subpoenas and no records were produced in response to the subpoenas. The record simply does not demonstrate any sanctionable conduct on the part of defense counsel.

IT IS SO ORDERED.

Dated: June 13, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1