IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCOIS P. GIVENS,<br><br>  Plaintiff,<br><br>  v.<br><br>GREGORY C. TESLUK, et al.,<br><br>  Defendants. | No. 2:20-CV-0930-KJM-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion, ECF No. 53, for an extension of time to file objections to the Court's June 14, 2022, findings and recommendations.  Good cause appearing therefor based on Plaintiff's declaration of the need for additional time due to COVID-19 related limitations at the prison, Plaintiff's motion is granted.  Plaintiff may file objections on or before July 14, 2022.

  IT IS SO ORDERED.

Dated: June 29, 2022

  _____
  DENNIS M. COTA
  UNITED STATES MAGISTRATE JUDGE

1