IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCOIS P. GIVENS,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY C. TESLUK, et al.,<br><br>Defendants. | No. 2:20-CV-0930-DJC-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Pending before the Court is Defendants' request, ECF No. 67, for the Court to screen Plaintiff's first amended complaint.

Defendants' request will be denied. A review of the docket reflects that the Court has already screened the original complaint, which was deemed appropriate for service. See ECF No. 10. Thereafter, Defendants filed a motion to dismiss, which was granted with leave to amend. See ECF No. 64. Plaintiff then filed his first amended complaint on February 27, 2023. See ECF No. 66. Defendants have responded by way of a second motion to dismiss. See ECF No. 69. Given that the Court has already performed the gate-keeping action required by the screening provision of the Prison Litigation Reform Act, and because Defendants have filed a motion to dismiss challenging the sufficiency of the allegations in the first amended complaint, the Court declines to screen the matter further.

1

The sufficiency of Plaintiff's first amended complaint will be considered in separate findings and recommendations addressing Defendants' motion to dismiss.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Defendants' request, ECF No. 67, for screening of the first amended complaint is denied.

2. The Clerk of the Court is directed to terminate ECF No. 67 as a pending motion.

3. Defendants' motion to dismiss, ECF No. 69, will be addressed by separate findings and recommendations.

Dated:  June 26, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE