IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCOIS P. GIVENS,<br><br>        Plaintiff,<br><br>   v.<br><br>GREGORY C. TESLUK, et al.,<br><br>        Defendants. | No. 2:20-CV-0930-DJC-DMC-P<br><br><br>ORDER |

      Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

      On July 14, 2023, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. No party has filed objections to the findings and recommendations.

      The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

///

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 14, 2023, are adopted in full.

2. Defendants' motion to dismiss, ECF No. 51, is GRANTED.

3. Plaintiff's negligence claims are DISMISSED with prejudice.

4. Plaintiff's Americans with Disabilities Act claim against Defendant Lewis is DISMISSED with prejudice.

5. This action proceeds on Plaintiff's first amended complaint against Defendants on Plaintiff's Eighth Amendment claims only.

6. Defendants Lewis and Chapnick shall file an answer to Plaintiff's first amended complaint within 30 days of the date of this order.

7. This matter is referred back to the Magistrate Judge for further pre-trial proceedings.

IT IS SO ORDERED.

Dated:   **September 4, 2023**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE