IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCOIS P. GIVENS, | No. 2:20-CV-0930-DJC-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| GREGORY C. TESLUK, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 79, for leave to access the Court's Electronic Case Filing (ECF) system.

Generally, "any person appearing pro se may not utilize electronic filing except with the permission of the assigned Judge or Magistrate Judge." See L.R. 133(b)(2). Local Rule 183 further requires pro se parties to file documents conventionally unless the Court grants leave to use electronic filing. See L.R. 183(c). Plaintiff's motion for electronic filing provides good cause for deviance from the Local Rule applicable to unrepresented litigants. Because Plaintiff is no longer in custody, has mobility impairments requiring the use of a walker or cane, and has shown good cause and ability to access the ECF system, Plaintiff's motion to electronically file all pleadings pursuant to Local Rule 133(b)(2) will be granted. Such permission is limited to the instant case.

1 | Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for leave to
2 | access the Court's ECF system, ECF No. 79, is GRANTED.

4 | Dated: November 1, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE