IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCOIS P. GIVENS,<br><br>    Plaintiff,<br><br>    v.<br><br>GREGORY C. TESLUK, et al.,<br><br>    Defendants. | No. 2:20-CV-0930-DJC-DMC-P<br><br><br><br>ORDER |

       Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion, ECF No. 82, for an extension of time to provide the Court with additional information for service of process on Defendant Nguyen.  Good cause appearing therefor, Plaintiff's motion will be granted.

       Plaintiff shall promptly seek the desired information for service of process through discovery, the California Public Records Act, Cal. Gov't. Code § 6250, et seq., or other means available to Plaintiff.  If access to the required information is denied or unreasonably delayed, Plaintiff may seek judicial intervention.  Once additional information sufficient to effect service is obtained, Plaintiff shall notify the Court whereupon Plaintiff will be forwarded the forms necessary for service by the U.S. Marshal.  Plaintiff is cautioned that failure to effect service may result in the dismissal of unserved defendants.  See Fed. R. Civ. P. 4(m).

///

1

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion, ECF No. 82, for an extension of time to submit information necessary for service of process on Defendant Nguyen is GRANTED.

Dated:  November 1, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE