IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCOIS P. GIVENS,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>GREGORY C. TESLUK, et al. ,<br><br>　　　　　　　　　　　Defendants. | Case No. 2:20-cv-00930 DJC-DMC (PC)<br><br>**ORDER GRANTING STIPULATION TO MODIFY DEADLINE FOR DEFENDANTS J. LEWIS AND R. CHAPNICK TO FILE A RESPONSE TO PLAINTIFF'S MOTION TO ENFORCE PROVISIONS OF CALIFORNIA HEALTH AND SAFETY CODE TO OBTAIN MEDICAL RECORDS** |

　　　The Court has reviewed and considered the parties' stipulation (ECF No. 95) and finds there is a good cause to grant the stipulation, as follows:

　　　Defendants J. Lewis and R. Chapnick are granted a thirty-day extension of time, to and including February 29, 2024, to file their response to Plaintiff's motion to enforce provisions of California's Health and Safety Code to obtain medical records.

　　　**IT IS SO ORDERED**

Dated:  February 2, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1