IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCOIS P. GIVENS, | No. 2:20-CV-0930-DJC-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| GREGORY C. TESLUK, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Plaintiff has filed a request for voluntary dismissal with prejudice. See ECF No. 98. Good cause appearing therefor, Plaintiff's request is granted and this action is dismissed with prejudice. See Fed. R. Civ. P. 41(a)(2). The Clerk of the Court is directed to terminate all other pending motions (ECF Nos. 88, 89, 93, and 97) and close this file.

IT IS SO ORDERED.

Dated: March 1, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1